IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:19CR165 |
| | ) | |
| Plaintiff, | ) | JUDGE BENITA PEARSON |
| | ) | |
| v. | ) | |
| | ) | |
| NEIL KAPADIA, | ) | NOTICE OF RELATED CASE |
| | ) | |
| Defendant. | ) | |

Now comes the United States of America, by and through its counsel, Justin E. Herdman, United States Attorney, and Chelsea S. Rice Robert W. Kern, Assistant United States Attorneys, and hereby gives notice, pursuant to Local Criminal Rule 57.9(b)(3), that the recently filed Information in the above-captioned case, assigned to the Honorable Judge Pearson, is related to *United States vs. Ashok Kapadia*, Case No. 1:19CR144, which is assigned to the Honorable Judge Donald C. Nugent. The above captioned case arises out of the same investigation and underlying facts and is directly related to the earlier-filed Indictment that resulted in the filing of the charges in that case.

A copy of this notice will also be forwarded to the Chambers of the Honorable Judge Donald C. Nugent.

Respectfully submitted,

JUSTIN E. HERDMAN
United States Attorney

By: /s/ Robert W. Kern
Robert W. Kern (OH: 0005161)
Chelsea S. Rice (OH: 0076905)
Assistant United States Attorneys
United States Court House
801 West Superior Avenue, Suite 400
Cleveland, OH 44113
(216) 622-3836/3752
(216) 522-2403 (facsimile)
Robert.Kern@usdoj.gov
Chelsea.Rice@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on this ______ day of ___________ 2019 a copy of the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

/s/ Chelsea S. Rice
Chelsea S. Rice
Assistant U.S. Attorney