UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

Minutes of Proceedings before
**DONALD C. NUGENT**
United States District Judge

DATE: April 22, 2019

CASE NO. 1:19 CR 165

COURT REPORTER: Shirle Perkins

ARRAIGNMENT AND PLEA

UNITED STATES OF AMERICA

-VS-

NEIL KAPADIA

APPEARANCES: Plaintiff: Robert Kern, Esq.
Defendant: John McCaffrey, Esq.
Pretrial Services: David Filippi /TRAVIS JENNINGS

PROCEEDINGS: The defendant is arraigned and a plea of guilty to Count One of the Information. A Waiver of Indictment form executed. Plea agreement read and signed in open Court. The defendant is referred to the U.S. Probation department for a presentence report. Bond set at $25,000 unsecured. Sentencing scheduled for July 29, 2019 at 11:00 a.m.

Jeane M. Wells Ruprecht
Courtroom Deputy

Length of Proceedings:__30 minutes_______