UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

Minutes of Proceedings before
**DONALD C. NUGENT**
United States District Judge

DATE: July 29, 2019

CASE NO. 1:19 CR 165

COURT REPORTER: Heidi Geizer

SENTENCING

UNITED STATES OF AMERICA

-VS-

NEIL KAPADIA

APPEARANCES: Plaintiff: Chelsea Rice, Esq.
Defendant: John McCaffrey, Esq. and Adrienne Kirshner, Esq.
Probation: Ryan Franklin

PROCEEDINGS: The defendant is sentenced to Probation for a term of 2 years on Count One of the Information with standard/special conditions as directed. Fine is imposed in the amount of $10,000.00. Restitution of $58,816.00 to Internal Revenue Service has been paid in full. Special assessment is due in the total amount of $100.00. The Court orders the return of defendant's passport which was surrendered to the Clerk's Office during pendency of this case.

s/ Steven L. Marshall
Courtroom Deputy

Length of Proceedings: 30 minutes