IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:19-CR-165 |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| v. | ) | |
| NEIL KAPADIA, | ) | **ORDER** |
| Defendant. | ) | |

IT IS ORDERED, ADJUDGED, AND DECREED that the U.S. Clerk of Court is authorized to release Neil Kapadia's U.S. Passport to his legal counsel. Mr. Kapadia was sentenced on July 29, 2019, and during the proceeding, the Court ordered the return of Kapadia's passport, which was previously surrendered to the Clerk of Court. Accordingly, the U.S. Clerk of Court for the Northern District of Ohio is authorized to release Neil Kapadia's U.S. Passport to his legal counsel at this time so that counsel may provide Mr. Kapadia with his U.S. Passport. Mr. Kapadia understands he may not engage in international travel without receiving prior approval from either his probation officer and/or this Court during the period he is on probation.

So ordered, this 29th day of July 2019.

Donald C. Nugent

JUDGE DONALD C. NUGENT