IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:19-CR-165 |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| v. | ) | |
| NEIL KAPADIA, | ) | **ORDER** |
| Defendant. | ) | |

IT IS ORDERED, ADJUDGED, AND DECREED that Neil Kapadia may incur new credit charges and open additional lines of credit during his probation period and the special condition of probation that states, "[y]ou must not incur new credit charges or open additional lines of credit without the approval of the probation officer" is removed as a condition to Mr. Kapadia's term of probation.

So ordered, this 27th day of AUGUST, 2019.

Donald C. Nugent
JUDGE DONALD C. NUGENT

015527\000001\4360217.1